MARKHAM v. FOWLER et al.

No. 11,098; March 26, 1888.

17 Pac. 228.

**Appeal—Failure to File Briefs.**—A case to be submitted on briefs will be dismissed for failure to file briefs within the time allowed.

APPEAL from Superior Court, City and County of San Francisco; T. H. Rearden, Judge.

Bennett, Wiggington & Creed for appellant; J. M. Wood for respondents.

Per CURIAM.—The above-entitled cause having been ordered submitted on briefs to be filed within thirty days from February 14, 1888, and the time having expired, and no briefs having been filed, it is ordered the judgment appealed from be affirmed.